IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  MICHAEL J. MELTER           :     Bankruptcy No. 15-10523-tpa
        KELLY M. MELTER             :     Chapter        13
                      Debtor        :
                                    :
                                    :     Document No.
Movant  MICHAEL J. MELTER           :
        KELLY M. MELTER             :
              v.                    :
                                    :
                                    :
Respondent (if none, then "No Respondent")  :
        NO RESPONDENT

<u>NOTICE OF CHANGE OF ADDRESS</u>

Undeliverable Address:

        Creditor Name:    Penn Credit Corporation

        Incorrect Address: 916 S. 14th Street
                           Harrisburg, PA 17104


Corrected Address:

        Creditor Name:    Penn Credit Corporation

        Correct Address:  2800 Commerce Drive
                          Harrisburg, PA 17110


Dated    8/2/2020

                                Electronic Signature of Debtor(s)' Attorney
                                /s/ MICHAEL J. GRAML

                                 Typed Name
                                MICHAEL J. GRAML, ESQ.

                                 Address
                                714 Sassafras Street
                                Erie, PA 16501


                                 Phone No.
                                (814) 459-8288

                                 Bar I.D. and State of Admission
                                PA I.D. No. 50220