Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Michael J. Melter** | : | Case No. 15−10523−TPA |
| **Kelly M. Melter** | : | Chapter: 13 |
| **aka Kelly M. Lyle** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 106 |
| | : | |
| v. | : | Hearing Date: 10/14/20 at 12:00 PM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

  *AND NOW,* this *The 31st of July, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 106 , by the Chapter 13 Trustee

  It is hereby **ORDERED, ADJUDGED and DECREED** that:

  (1) **On or before September 14, 2020**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

  (2) This *Motion* is scheduled for hearing on ***October 14, 2020 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

                                    _____
                                    Thomas P. Agresti, Judge
                                    United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 15-10523-TPA
Michael J. Melter                                                           Chapter 13
Kelly M. Melter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar               Page 1 of 2              Date Rcvd: Jul 31, 2020
                              Form ID: 300b            Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
```
db/jdb         Michael J. Melter,    Kelly M. Melter,    1338 West 35th Street,    Erie, PA 16508-2444
14043727       AES/College Savings Bank,    P.O. Box 2461,    Harrisburg, PA 17105-2461
14043729      +Apothaker & Associates, P.C.,    520 Fellowship Road,    Suite C306,
                Mount Laurel, NJ 08054-3410
14043740       Attn: Bankruptcy Department,    HSBC Card Services,    P.O. Box 5246,
                Carol Stream, IL 60197-5246
14043755      +Attn: Bankruptcy Department,    Verizon,    500 Technology Drive, Suite 550,
                Saint Charles, MO 63304-2225
14043731       Attn: Bankruptcy Dept.,    Capital One Bank,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14043730     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P.O. Box 982235,    El Paso, TX 79998-2235)
14090362      +Cavalry SPV I, LLC,    Assignee of Capital One Bank USA, N.A.,    Bass & Associates, P.C.,
                3936 E Ft. Lowell Road Suite #200,    Tucson, AZ 85712-1083
14043734      +Clinical Associates in,    Radiology, P.C.,    1741 West 26th Street,    Erie PA 16508-1256
14335297       ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
14043736      +Erie County Public Library,    160 East Front Street,    Erie, PA 16507-1554
14043737       Erie Water Works,    340 West Bayfront Parkway,    Erie, PA 16507-2004
14043738       FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
14051819      +PHEAA,    PO Box 8147,   Harrisburg, PA 17105-8147
14043745      +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14103350      +PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14043742       Patricia A. Melter,    1274 Top Road,    Erie, PA 16505-2564
14043726      +Ratch Law Group, P.C.,    Edwin A. Abrahamsen & Associates, P.C.,
                409 Lackawanna Avenue, Suite 320,    Scranton, PA 18503-2062
14078915       U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                Harrisburg PA 17106-9184
14043754       UPMC Hamot Medical Center,    c/o Patient Acct. Dept.,    201 State Street,    Erie, PA 16550-0001
14043752       Udren Law Offices, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                Cherry Hill, NJ 08003-3620
14049207       Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
14043756       Wells Fargo Dealer Services,    P.O. Box 25341,    Santa Ana, CA 92799-5341
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/PDF: rmscedi@recoverycorp.com Aug 01 2020 09:50:49
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL  33131-1605
14080211       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 01 2020 04:35:22
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
14047327       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 01 2020 04:36:10
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
14043728      +E-mail/Text: bky@americanprofit.net Aug 01 2020 04:28:41     American Profit Recovery,
               34405 W. 12 Mile Road #379,    Farmington, MI 48331-5608
14043732       E-mail/Text: cms-bk@cms-collect.com Aug 01 2020 04:27:35     Capital Management Services,
               698  South Ogden Street,    Buffalo, NY 14206-2317
14043733      +E-mail/Text: bankruptcy@cavps.com Aug 01 2020 04:28:37     Cavalry Portfolio Services,
               500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2322
14097022      +E-mail/Text: bankruptcy@cavps.com Aug 01 2020 04:28:37     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14046890       E-mail/Text: mrdiscen@discover.com Aug 01 2020 04:27:22     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14043735       E-mail/Text: mrdiscen@discover.com Aug 01 2020 04:27:22     Discover Financial Services,
               P.O. Box 3025,    New Albany, OH 43054-3025
14043739      +E-mail/Text: ally@ebn.phinsolutions.com Aug 01 2020 04:27:15     GMAC,    P.O. Box 535160,
               Pittsburgh, PA 15253-5160
14043741      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2020 04:35:49     LVNV Funding LLC,
               P.O. Box 10497,    Greenville, SC 29603-0497
14064906       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2020 04:35:50
               LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14043743       E-mail/Text: bankruptcydpt@mcmcg.com Aug 01 2020 04:28:15     Midland Credit Management, Inc.,
               8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
14043746       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2020 09:30:04
               Portfolio Recovery Associates,    Riverside Commerce Center,    120 Corporate Blvd.,
               Norfolk, VA 23502
14101241       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2020 09:30:04
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14043747       E-mail/Text: bk@revenuegroup.com Aug 01 2020 04:28:50     Revenue Group,
               4780 Hinckley Industrial Pkwy.,    Suite 200,    Cleveland, OH 44109
14055832       E-mail/PDF: rmscedi@recoverycorp.com Aug 01 2020 09:50:49
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
```

```
District/off: 0315-1          User: jmar                  Page 2 of 2                   Date Rcvd: Jul 31, 2020
                              Form ID: 300b               Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14043750         E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      SYNCB/Sam's Club,
                 Attn: Bankruptcy Dept.,   P.O. Box 965060,   Orlando, FL  32896-5060
14043748        +E-mail/Text: bkcy@sacor.net Aug 01 2020 04:28:39      Sacor Financial Inc.,
                 1911 Douglas Blvd. #85-205,   Roseville, CA 95661-3811
14043749         E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      Synchrony Bank/Lowe's,
                 Attn: Bankruptcy Dept.,   P.O. Box 965060,   Orlando, FL  32896-5060
14043751         E-mail/Text: Nikki.Luebke@TeamTurfErie.com Aug 01 2020 04:27:12      Team Turf,   11008 U.S. 19,
                 Waterford, PA 16441
14067681        +E-mail/Text: annes@accountsretrievable.com Aug 01 2020 04:27:33
                 The Accounts Receivable System, Inc.,   c/o Harold Rosenblatt, Pres.,   PO Box 386,
                 Bellmore, NY 11710-0386
14043753        +E-mail/Text: ebn@unique-mgmt.com Aug 01 2020 04:28:44      Unique Management Services, Inc.,
                 119 E. Maple Street,   Jeffersonville, IN 47130-3439
14043757        +E-mail/Text: collections@widgetfinancial.com Aug 01 2020 04:28:17      Widget Financial,
                 2154 East Lake Road,   Erie, PA 16511-1140
                                                                                              TOTAL: 24

           ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
cr*             ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
14043744     ##+Penn Credit Corporation,   916 S. 14th Street,   Harrisburg, PA 17104-3425
                                                                               TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2020 at the address(es) listed below:
```
          Elizabeth Lamont Wassall    on behalf of Creditor   PNC Bank, National Association pabk@logs.com,
           ewassall@logs.com
          James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          Lauren Berschler Karl    on behalf of Creditor    PNC Bank, National Association lkarl@rascrane.com,
           lbkarl03@yahoo.com
          Michael J. Graml    on behalf of Joint Debtor Kelly M. Melter mattorney@neo.rr.com,
           mjgraml@verizon.net
          Michael J. Graml    on behalf of Debtor Michael J. Melter mattorney@neo.rr.com,
           mjgraml@verizon.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Stuart P. Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com,
           cblack@udren.com
                                                                                               TOTAL: 8
```