**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL J. MELTER<br>KELLY M. MELTER<br>   Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>   Movant<br>   vs.<br>No Respondents. | Case No.:15-10523 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

 1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

 2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

 3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

 4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

 **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 29, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 05/11/2015 and confirmed on 6/11/15 . The case was subsequently     Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 84,684.66 |
| Less Refunds to Debtor | 1,002.94 | |
| TOTAL AMOUNT OF PLAN FUND | | 83,681.72 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 3,666.54 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,666.54 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 41,582.25 | 0.00 | 41,582.25 |
|     Acct: 4376 | | | | |
|   PNC BANK NA | 13,536.14 | 13,536.14 | 0.00 | 13,536.14 |
|     Acct: 4376 | | | | |
|   ERIE WATER WORKS* | 1,480.48 | 1,480.48 | 0.00 | 1,480.48 |
|     Acct: 2490 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 11,960.72 | 11,960.72 | 1,303.02 | 13,263.74 |
|     Acct: 8247 | | | | |
| | | | | 69,862.61 |
| **Priority** | | | | |
|   MICHAEL J GRAML ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL J. MELTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL J. MELTER | 646.16 | 646.16 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL J. MELTER | 356.78 | 356.78 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL J GRAML ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
|   ECMC(*) | 10,838.74 | 1,208.07 | 0.00 | 1,208.07 |
|     Acct: 5654 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 8,133.35 | 906.53 | 0.00 | 906.53 |
|     Acct: 7872 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE** | 702.23 | 78.27 | 0.00 | 78.27 |
|     Acct: 1802 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 457.23 | 50.96 | 0.00 | 50.96 |
|     Acct: 8097 | | | | |
|   CLINICAL ASSOCIATES IN RADIOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6525 | | | | |
|   CLINICAL ASSOCIATES IN RADIOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    Acct: 7071 | | | | |
|    AMERICAN INFOSOURCE LP AGENT - MID | 786.46 | 87.66 | 0.00 | 87.66 |
|    Acct: 3061 | | | | |
|    DISCOVER BANK(*) | 1,619.76 | 180.54 | 0.00 | 180.54 |
|    Acct: 5133 | | | | |
|    ERIE COUNTY PUBLIC LIBRARY | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 7139 | | | | |
|    FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0005 | | | | |
|    FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0001 | | | | |
|    US DEPARTMENT OF EDUCATION | 20,502.73 | 2,285.20 | 0.00 | 2,285.20 |
|    Acct: 5654 | | | | |
|    FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0004 | | | | |
|    FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0006 | | | | |
|    FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0003 | | | | |
|    GMAC* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 8834 | | | | |
|    HSBC CARD SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 4500 | | | | |
|    LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 1208 | | | | |
|    LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 1204 | | | | |
|    SACOR FINANCIAL INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 7045 | | | | |
|    LVNV FUNDING LLC, ASSIGNEE | 2,404.03 | 267.95 | 0.00 | 267.95 |
|    Acct: 9662 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 441.11 | 49.17 | 0.00 | 49.17 |
|    Acct: 8833 | | | | |
|    TEAM TURF | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0157 | | | | |
|    HAMOT MEDICAL CENTER* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 9544 | | | | |
|    HAMOT MEDICAL CENTER* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 5999 | | | | |
|    AMERICAN INFOSOURCE LP AGENT FOR | 194.96 | 21.73 | 0.00 | 21.73 |
|    Acct: 5656 | | | | |
|    WIDGET FEDERAL CREDIT UNION D/B/A \ | 341.75 | 38.09 | 0.00 | 38.09 |
|    Acct: 1732 | | | | |
|    THE ACCOUNTS RETRIEVABLE SYSTEM | 8,778.15 | 978.40 | 0.00 | 978.40 |
|    Acct: 5654 | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| | | | | 6,152.57 |

TOTAL PAID TO CREDITORS                                                                           76,015.18

```
TOTAL CLAIMED
   PRIORITY              0.00
   SECURED          26,977.34
   UNSECURED        55,200.50
```

Date: 07/29/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MICHAEL J. MELTER
    KELLY M. MELTER
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-10523 TPA

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-10523-TPA
Michael J. Melter                                                       Chapter 13
Kelly M. Melter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1            User: jmar                  Page 1 of 2               Date Rcvd: Jul 31, 2020
                                Form ID: pdf900             Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
db/jdb         Michael J. Melter,    Kelly M. Melter,    1338 West 35th Street,    Erie, PA 16508-2444
14043727       AES/College Savings Bank,    P.O. Box 2461,    Harrisburg, PA 17105-2461
14043729      +Apothaker & Associates, P.C.,    520 Fellowship Road,    Suite C306,
               Mount Laurel, NJ 08054-3410
14043740       Attn: Bankruptcy Department,    HSBC Card Services,    P.O. Box 5246,
               Carol Stream, IL 60197-5246
14043755      +Attn: Bankruptcy Department,    Verizon,    500 Technology Drive, Suite 550,
               Saint Charles, MO 63304-2225
14043731       Attn: Bankruptcy Dept.,    Capital One Bank,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14043730      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    P.O. Box 982235,    El Paso, TX 79998-2235)
14090362      +Cavalry SPV I, LLC,    Assignee of Capital One Bank USA, N.A.,    Bass & Associates, P.C.,
               3936 E Ft. Lowell Road Suite #200,    Tucson, AZ 85712-1083
14043734      +Clinical Associates in,    Radiology, P.C.,    1741 West 26th Street,    Erie PA 16508-1256
14335297       ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
14043736      +Erie County Public Library,    160 East Front Street,    Erie, PA 16507-1554
14043737       Erie Water Works,    340 West Bayfront Parkway,    Erie, PA 16507-2004
14043738       FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
14051819      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14043745      +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14103350      +PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14043742       Patricia A. Melter,    1274 Top Road,    Erie, PA 16505-2564
14043726      +Ratch Law Group, P.C.,    Edwin A. Abrahamsen & Associates, P.C.,
               409 Lackawanna Avenue, Suite 320,    Scranton, PA 18503-2062
14078915       U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
               Harrisburg PA 17106-9184
14043754       UPMC Hamot Medical Center,    c/o Patient Acct. Dept.,    201 State Street,    Erie, PA 16550-0001
14043752       Udren Law Offices, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
               Cherry Hill, NJ 08003-3620
14049207       Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
14043756       Wells Fargo Dealer Services,    P.O. Box 25341,    Santa Ana, CA 92799-5341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Aug 01 2020 09:50:49
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL  33131-1605
14080211       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 01 2020 04:36:59
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
14047327       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 01 2020 04:36:59
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
14043728      +E-mail/Text: bky@americanprofit.net Aug 01 2020 04:28:41      American Profit Recovery,
               34405 W. 12 Mile Road #379,    Farmington, MI 48331-5608
14043732       E-mail/Text: cms-bk@cms-collect.com Aug 01 2020 04:27:35      Capital Management Services,
               698  South Ogden Street,    Buffalo, NY 14206-2317
14043733      +E-mail/Text: bankruptcy@cavps.com Aug 01 2020 04:28:39      Cavalry Portfolio Services,
               500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2322
14097022      +E-mail/Text: bankruptcy@cavps.com Aug 01 2020 04:28:39      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14046890       E-mail/Text: mrdiscen@discover.com Aug 01 2020 04:27:22      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14043735       E-mail/Text: mrdiscen@discover.com Aug 01 2020 04:27:22      Discover Financial Services,
               P.O. Box 3025,    New Albany, OH 43054-3025
14043739      +E-mail/Text: ally@ebn.phinsolutions.com Aug 01 2020 04:27:15      GMAC,    P.O. Box 535160,
               Pittsburgh, PA 15253-5160
14043741      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2020 04:35:07      LVNV Funding LLC,
               P.O. Box 10497,    Greenville, SC 29603-0497
14064906       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2020 04:35:04
               LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14043743       E-mail/Text: bankruptcydpt@mcmcg.com Aug 01 2020 04:28:15      Midland Credit Management, Inc.,
               8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
14043746       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2020 09:30:04
               Portfolio Recovery Associates,    Riverside Commerce Center,    120 Corporate Blvd.,
               Norfolk, VA 23502
14101241       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2020 09:30:04
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14043747       E-mail/Text: bk@revenuegroup.com Aug 01 2020 04:28:50      Revenue Group,
               4780 Hinckley Industrial Pkwy.,    Suite 200,    Cleveland, OH 44109
14055832       E-mail/PDF: rmscedi@recoverycorp.com Aug 01 2020 09:50:49
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605

```
District/off: 0315-1          User: jmar              Page 2 of 2              Date Rcvd: Jul 31, 2020
                              Form ID: pdf900         Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14043750         E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34       SYNCB/Sam's Club,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL  32896-5060
14043748        +E-mail/Text: bkcy@sacor.net Aug 01 2020 04:28:39       Sacor Financial Inc.,
                 1911 Douglas Blvd. #85-205,    Roseville, CA 95661-3811
14043749         E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34       Synchrony Bank/Lowe's,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL  32896-5060
14043751         E-mail/Text: Nikki.Luebke@TeamTurfErie.com Aug 01 2020 04:27:12       Team Turf,    11008 U.S. 19,
                 Waterford, PA 16441
14067681        +E-mail/Text: annes@accountsretrievable.com Aug 01 2020 04:27:33
                 The Accounts Receivable System, Inc.,    c/o Harold Rosenblatt, Pres.,    PO Box 386,
                 Bellmore, NY 11710-0386
14043753        +E-mail/Text: ebn@unique-mgmt.com Aug 01 2020 04:28:44       Unique Management Services, Inc.,
                 119 E. Maple Street,    Jeffersonville, IN 47130-3439
14043757        +E-mail/Text: collections@widgetfinancial.com Aug 01 2020 04:28:18       Widget Financial,
                 2154 East Lake Road,    Erie, PA 16511-1140
                                                                                               TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PNC Bank, National Association
cr*              ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
14043744       ##+Penn Credit Corporation,   916 S. 14th Street,   Harrisburg, PA 17104-3425
                                                                                  TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2020 at the address(es) listed below:

```
         Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com,
          ewassall@logs.com
         James   Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
         Lauren Berschler Karl    on behalf of Creditor    PNC Bank, National Association lkarl@rascrane.com,
          lbkarl03@yahoo.com
         Michael J. Graml    on behalf of Joint Debtor Kelly M. Melter mattorney@neo.rr.com,
          mjgraml@verizon.net
         Michael J. Graml    on behalf of Debtor Michael J. Melter mattorney@neo.rr.com,
          mjgraml@verizon.net
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Stuart P. Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com,
          cblack@udren.com
                                                                                            TOTAL: 8
```