**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Michael J. Melter** | Social Security number or ITIN  xxx–xx–8215 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kelly M. Melter** | Social Security number or ITIN  xxx–xx–5654 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **15–10523–TPA**

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael J. Melter

Kelly M. Melter
aka Kelly M. Lyle

10/7/20

**By the court:**    <u>Thomas P. Agresti</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael J. Melter  
Kelly M. Melter  
    Debtor(s)

Case No. 15-10523-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: aala      Page 1 of 3  
Date Rcvd: Oct 07, 2020      Form ID: 3180W      Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Michael J. Melter, Kelly M. Melter, 1338 West 35th Street, Erie, PA 16508-2444 |
| 14043727 | | AES/College Savings Bank, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14043729 | + | Apothaker & Associates, P.C., 520 Fellowship Road, Suite C306, Mount Laurel, NJ 08054-3410 |
| 14043740 | | Attn: Bankruptcy Department, HSBC Card Services, P.O. Box 5246, Carol Stream, IL 60197-5246 |
| 14043755 | + | Attn: Bankruptcy Department, Verizon, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |
| 14043731 | | Attn: Bankruptcy Dept., Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14090362 | + | Cavalry SPV I, LLC, Assignee of Capital One Bank USA, N.A., Bass & Associates, P.C., 3936 E Ft. Lowell Road Suite #200, Tucson, AZ 85712-1083 |
| 14043734 | + | Clinical Associates in, Radiology, P.C., 1741 West 26th Street, Erie PA 16508-1256 |
| 14043736 | + | Erie County Public Library, 160 East Front Street, Erie, PA 16507-1554 |
| 14043737 | | Erie Water Works, 340 West Bayfront Parkway, Erie, PA 16507-2004 |
| 14043738 | | FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14051819 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14043745 | + | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14103350 | + | PNC Bank, NA, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14043742 | | Patricia A. Melter, 1274 Top Road, Erie, PA 16505-2564 |
| 14043744 | + | Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 14043726 | + | Ratch Law Group, P.C., Edwin A. Abrahamsen & Associates, P.C., 409 Lackawanna Avenue, Suite 320, Scranton, PA 18503-2062 |
| 14078915 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |
| 14043754 | | UPMC Hamot Medical Center, c/o Patient Acct. Dept., 201 State Street, Erie, PA 16550-0001 |
| 14043752 | | Udren Law Offices, P.C., Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 08 2020 01:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 08 2020 01:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | EDI: RECOVERYCORP.COM | Oct 08 2020 04:48:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14047327 | EDI: AIS.COM | Oct 08 2020 04:48:00 | American InfoSource LP as agent for, Midland Funding LLC, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 14080211 | EDI: AIS.COM | Oct 08 2020 04:48:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14043728 | + Email/Text: bky@americanprofit.net | Oct 08 2020 01:50:00 | American Profit Recovery, 34405 W. 12 Mile Road #379, Farmington, MI 48331-5608 |
| 14043730 | EDI: BANKAMER.COM | | |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Oct 08 2020 04:48:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998-2235 |
| 14043732 | Email/Text: cms-bk@cms-collect.com | Oct 08 2020 01:48:00 | Capital Management Services, 698 South Ogden Street, Buffalo, NY 14206-2317 |
| 14043733 | + Email/Text: bankruptcy@cavps.com | Oct 08 2020 01:50:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2322 |
| 14097022 | + Email/Text: bankruptcy@cavps.com | Oct 08 2020 01:50:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14046890 | EDI: DISCOVER.COM | Oct 08 2020 04:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14043735 | EDI: DISCOVER.COM | Oct 08 2020 04:48:00 | Discover Financial Services, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14335297 | EDI: ECMC.COM | Oct 08 2020 04:48:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14043739 | + EDI: GMACFS.COM | Oct 08 2020 04:48:00 | GMAC, P.O. Box 535160, Pittsburgh, PA 15253-5160 |
| 14043741 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2020 02:48:53 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 14064906 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2020 02:51:29 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14043743 | EDI: MID8.COM | Oct 08 2020 04:48:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14043746 | EDI: PRA.COM | Oct 08 2020 04:48:00 | Portfolio Recovery Associates, Riverside Commerce Center, 120 Corporate Blvd., Norfolk, VA 23502 |
| 14101241 | EDI: PRA.COM | Oct 08 2020 04:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14043747 | Email/Text: bk@revenuegroup.com | Oct 08 2020 01:50:00 | Revenue Group, 4780 Hinckley Industrial Pkwy., Suite 200, Cleveland, OH 44109 |
| 14055832 | EDI: RECOVERYCORP.COM | Oct 08 2020 04:48:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14043750 | EDI: RMSC.COM | Oct 08 2020 04:48:00 | SYNCB/Sam's Club, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14043748 | + Email/Text: bkcy@sacor.net | Oct 08 2020 01:50:00 | Sacor Financial Inc., 1911 Douglas Blvd. #85-205, Roseville, CA 95661-3811 |
| 14043749 | EDI: RMSC.COM | Oct 08 2020 04:48:00 | Synchrony Bank/Lowe's, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14043751 | Email/Text: Nikki.Luebke@TeamTurfErie.com | Oct 08 2020 01:47:00 | Team Turf, 11008 U.S. 19, Waterford, PA 16441 |
| 14067681 | + Email/Text: annes@accountsretrievable.com | Oct 08 2020 01:48:00 | The Accounts Receivable System, Inc., c/o Harold Rosenblatt, Pres., PO Box 386, Bellmore, NY 11710-0386 |
| 14043753 | + Email/Text: ebn@unique-mgmt.com | Oct 08 2020 01:50:00 | Unique Management Services, Inc., 119 E. Maple Street, Jeffersonville, IN 47130-3439 |
| 14049207 | EDI: WFFC.COM | Oct 08 2020 04:48:00 | Wells Fargo Bank, N.A., P.O. Box 19657, Irvine, CA 92623-9657 |
| 14043756 | EDI: WFFC.COM | Oct 08 2020 04:48:00 | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |
| 14043757 | + Email/Text: collections@widgetfinancial.com | Oct 08 2020 01:49:00 | Widget Financial, 2154 East Lake Road, Erie, PA 16511-1140 |

Case 15-10523-TPA   Doc 115   Filed 10/09/20   Entered 10/10/20 01:47:54   Desc
Imaged Certificate of Notice   Page 5 of 5

| District/off: 0315-1 | User: aala | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: 3180W | Total Noticed: 50 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| jdb | * | Kelly M. Melter, 1338 West 35th Street, Erie, PA 16508-2444 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Lauren Berschler Karl | on behalf of Creditor PNC Bank  National Association lkarl@rascrane.com, lbkarl03@yahoo.com |
| Michael J. Graml | on behalf of Joint Debtor Kelly M. Melter mattorney@neo.rr.com  mjgraml@verizon.net |
| Michael J. Graml | on behalf of Debtor Michael J. Melter mattorney@neo.rr.com  mjgraml@verizon.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stuart P. Winneg | on behalf of Creditor PNC Bank  National Association swinneg@udren.com, cblack@udren.com |

TOTAL: 8