**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/7/20 1:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    MICHAEL J. MELTER
    KELLY M. MELTER
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.: 15-10523 TPA

Chapter 13

Document No.: 106

ORDER OF COURT

    AND NOW, this ___7th___ day of ___October___, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT
_____
U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael J. Melter  
Kelly M. Melter  
    Debtor(s)

Case No. 15-10523-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: aala      Page 1 of 3  
Date Rcvd: Oct 07, 2020      Form ID: pdf900      Total Noticed: 48

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Michael J. Melter, Kelly M. Melter, 1338 West 35th Street, Erie, PA 16508-2444 |
| 14043727 | | AES/College Savings Bank, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14043729 | + | Apothaker & Associates, P.C., 520 Fellowship Road, Suite C306, Mount Laurel, NJ 08054-3410 |
| 14043740 | | Attn: Bankruptcy Department, HSBC Card Services, P.O. Box 5246, Carol Stream, IL 60197-5246 |
| 14043755 | + | Attn: Bankruptcy Department, Verizon, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |
| 14043731 | | Attn: Bankruptcy Dept., Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14043730 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982235, El Paso, TX 79998-2235 |
| 14090362 | + | Cavalry SPV I, LLC, Assignee of Capital One Bank USA, N.A., Bass & Associates, P.C., 3936 E Ft. Lowell Road Suite #200, Tucson, AZ 85712-1083 |
| 14043734 | + | Clinical Associates in, Radiology, P.C., 1741 West 26th Street, Erie PA 16508-1256 |
| 14335297 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14043736 | + | Erie County Public Library, 160 East Front Street, Erie, PA 16507-1554 |
| 14043737 | | Erie Water Works, 340 West Bayfront Parkway, Erie, PA 16507-2004 |
| 14043738 | | FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14051819 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14043745 | + | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14103350 | + | PNC Bank, NA, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14043742 | | Patricia A. Melter, 1274 Top Road, Erie, PA 16505-2564 |
| 14043744 | + | Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 14043726 | + | Ratch Law Group, P.C., Edwin A. Abrahamsen & Associates, P.C., 409 Lackawanna Avenue, Suite 320, Scranton, PA 18503-2062 |
| 14078915 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |
| 14043754 | | UPMC Hamot Medical Center, c/o Patient Acct. Dept., 201 State Street, Erie, PA 16550-0001 |
| 14043752 | | Udren Law Offices, P.C., Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 14049207 | | Wells Fargo Bank, N.A., P.O. Box 19657, Irvine, CA 92623-9657 |
| 14043756 | | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Oct 08 2020 02:50:10 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14047327 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 08 2020 02:51:33 | American InfoSource LP as agent for, Midland Funding LLC, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 14080211 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 08 2020 02:50:15 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14043728 | + | Email/Text: bky@americanprofit.net | Oct 08 2020 01:50:00 | American Profit Recovery, 34405 W. 12 Mile Road #379, Farmington, MI 48331-5608 |
| 14043732 | | Email/Text: cms-bk@cms-collect.com | Oct 08 2020 01:48:00 | Capital Management Services, 698 South Ogden |

District/off: 0315-1     User: aala     Page 2 of 3
Date Rcvd: Oct 07, 2020     Form ID: pdf900     Total Noticed: 48

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Street, Buffalo, NY 14206-2317 |
| 14043733 | + | Email/Text: bankruptcy@cavps.com | Oct 08 2020 01:50:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2322 |
| 14097022 | + | Email/Text: bankruptcy@cavps.com | Oct 08 2020 01:50:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14046890 | | Email/Text: mrdiscen@discover.com | Oct 08 2020 01:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14043735 | | Email/Text: mrdiscen@discover.com | Oct 08 2020 01:47:00 | Discover Financial Services, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14043739 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 08 2020 01:47:00 | GMAC, P.O. Box 535160, Pittsburgh, PA 15253-5160 |
| 14043741 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2020 02:50:11 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 14064906 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2020 02:51:29 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14043743 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 08 2020 01:49:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14043746 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2020 02:51:27 | Portfolio Recovery Associates, Riverside Commerce Center, 120 Corporate Blvd., Norfolk, VA 23502 |
| 14101241 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2020 02:50:08 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14043747 | | Email/Text: bk@revenuegroup.com | Oct 08 2020 01:50:00 | Revenue Group, 4780 Hinckley Industrial Pkwy., Suite 200, Cleveland, OH 44109 |
| 14055832 | | Email/PDF: rmscedi@recoverycorp.com | Oct 08 2020 02:50:10 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14043750 | | Email/PDF: gecsedi@recoverycorp.com | Oct 08 2020 02:51:24 | SYNCB/Sam's Club, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14043748 | + | Email/Text: bkcy@sacor.net | Oct 08 2020 01:50:00 | Sacor Financial Inc., 1911 Douglas Blvd. #85-205, Roseville, CA 95661-3811 |
| 14043749 | | Email/PDF: gecsedi@recoverycorp.com | Oct 08 2020 02:50:04 | Synchrony Bank/Lowe's, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14043751 | | Email/Text: Nikki.Luebke@TeamTurfErie.com | Oct 08 2020 01:47:00 | Team Turf, 11008 U.S. 19, Waterford, PA 16441 |
| 14067681 | + | Email/Text: annes@accountsretrievable.com | Oct 08 2020 01:48:00 | The Accounts Receivable System, Inc., c/o Harold Rosenblatt, Pres., PO Box 386, Bellmore, NY 11710-0386 |
| 14043753 | + | Email/Text: ebn@unique-mgmt.com | Oct 08 2020 01:50:00 | Unique Management Services, Inc., 119 E. Maple Street, Jeffersonville, IN 47130-3439 |
| 14043757 | + | Email/Text: collections@widgetfinancial.com | Oct 08 2020 01:49:00 | Widget Financial, 2154 East Lake Road, Erie, PA 16511-1140 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| jdb | * | Kelly M. Melter, 1338 West 35th Street, Erie, PA 16508-2444 |

| District/off: 0315-1 | User: aala | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: pdf900 | Total Noticed: 48 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Lauren Berschler Karl | on behalf of Creditor PNC Bank  National Association lkarl@rascrane.com, lbkarl03@yahoo.com |
| Michael J. Graml | on behalf of Joint Debtor Kelly M. Melter mattorney@neo.rr.com  mjgraml@verizon.net |
| Michael J. Graml | on behalf of Debtor Michael J. Melter mattorney@neo.rr.com  mjgraml@verizon.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stuart P. Winneg | on behalf of Creditor PNC Bank  National Association swinneg@udren.com, cblack@udren.com |

TOTAL: 8